# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

**NOV - 4 2011**

JULIA C DUDLEY, CLERK
BY: _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSEPH JUNIOR JENNINGS | ) | Case No: 4:06CR00009-1 |
| | ) | USM No: 23018-057 |
| Date of Previous Judgment: 04/01/2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Offense Level: _____ | Amended Offense Level: _____ |
| Criminal History Category: _____ | Criminal History Category: _____ |
| Previous Guideline Range: ____ to ____ months | Amended Guideline Range: ____ to ____ months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain):*

## III. ADDITIONAL COMMENTS

Defendant is ineligible for a reduction in sentence because the statutory minimum was imposed. Additionally, Defendant's Motion to Appoint Counsel [ECF No. 204] is also DENIED.

Except as provided above, all provisions of the judgment dated   04/01/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: *H - 4 -11*

Judge's signature

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*